Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170
Attorneys for: Plaintiffs TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN

Michael J. Narvid, No. 57880
NARVID SCOTT LLP
15165 Ventura Boulevard, Suite 315
Sherman Oaks, CA 91403
Telephone: (818) 907-8986
Facsimile: (818) 907-8786
Attorneys for: Defendant MAUI AND SONS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division – Los Angeles)

| | |
|---|---|
| TWELVE SIXTY LLC, a California Limited Liability company; ROBERT J. MARDEROSIAN, an individual; ARON M. MARDEROSIAN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MAUI AND SONS INC., a California corporation; and DOES 1 to 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-CV-04120-MRW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and

1

costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 6, 2017.    MARDEROSIAN & COHEN

By: /s/ Michael G. Marderosian
    Michael G. Marderosian
    Attorney for Plaintiffs
    TWELVE SIXTY LLC,
    ROBERT J. MARDEROSIAN and
    ARON M. MARDEROSIAN

Dated: July 6, 2017.    NARVID SCOTT LLP

By: /s/ Michael J. Narvid
    Michael J. Narvid,
    Attorneys for Defendant
    MAUI AND SONS INC.

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 6, 2017.    _____
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT
OF CALIFORNIA